John E. Ryan, Appellant, v. David Saul Klafter, Appellee.

Gen. No. 40,691.

opinion filed
March 11, 1941; rehearing denied March 27, 1941. Rothbart & Rosenfield, for appellant; Nathan Einhorn, for appellee; Irving Goodman, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''